# Third District Court of Appeal

## State of Florida

Opinion filed July 19, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1865
Lower Tribunal No. 18-2201SP

_____

**United Automobile Insurance Company,**
Appellant/Cross-Appellee,

vs.

**Open MRI of Miami-Dade, Ltd., a/a/o Tony de Soto,**
Appellee/Cross-Appellant.

A Cross-Appeal from the County Court for Miami-Dade County, Linda Singer Stein, Judge.

Cole, Scott & Kissane, P.A., and Michael A. Rosenberg, and Nicholas Bastidas (Plantation), for appellant/cross-appellee.

Buchalter, Hoffman, and Dorchak, and Kenneth J. Dorchak, for appellee/cross-appellant.

Before SCALES, LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed. See United Auto. Ins. Co. v. Gibson, 355 So. 3d 955, 956 (Fla. 4th DCA 2023) (applying an abuse of discretion standard of review and reversing an award of pre-suit attorney's fees where the trial court made no finding that the insurer's conduct was unreasonable); U.S. Fid. & Guar. Co. v. Rosado, 606 So. 2d 628, 629 (Fla. 3d DCA 1992) (holding that attorney's fees for pre-suit legal services may be compensable only if the insurer's conduct was unreasonable).